No. 600. In re Clayton C. Gilliland. February 27, 1939. Petition for writ of certiorari to the Supreme Court of Michigan denied. *Mr. Thomas W. Payne* for petitioner. *Messrs. George H. Heideman, Thomas Read,* Attorney General of Michigan, and *Edmund E. Shephard,* Assistant Attorney General, in opposition.

No. 602. Northern Trust Co., Executor, et al. *v.* Edenborn. February 27, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. S. L. Herold* for petitioners. *Messrs. R. E. Milling, A. B. Freyer,* and *R. C. Milling* for respondent.

No. 542. Lee, Warden, *v.* Pero et al. February 27, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Orland S. Loomis* and *Joseph E. Messerschmidt* for petitioner. No appearance for respondents.

No. 594. American Potash & Chemical Corp. *v.* National Labor Relations Board. February 27, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. S. M. Haskins* and *Edmund M. Toland* for petitioner. *Solicitor General Jackson,* and *Messrs. Charles A. Horsky, Charles Fahy, Robert B. Watts,* and *Mortimer B. Wolf* for respondent.

No. 599. Cowherd *v.* Phoenix Joint Stock Land Bank et al. February 27, 1939. Petition for writ of